MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br>vs.<br><br>MIRAGE PROPERTY, LLC; and GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1,<br><br>Defendants. | Case No.: 2:17-cv-01786-APG-GWF<br><br>**SUBSTITUTION OF COUNSEL FOR FEDERAL HOME LOAN MORTGAGE CORPORATION** |

Plaintiff Federal Home Loan Mortgage Corporation hereby consents to the substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this ___ day of April, 2018.

FEDERAL HOME LOAN MORTGAGE CORPORATION

BY: _____
A. J. Loll
Attorney-in-Fact as Trustee

ITS: _____

///

///

///

1

44829716;1

Dana Jonathon Nitz, Esq. and Regina A. Habermas, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of plaintiff Federal Home Loan Mortgage Corporation.

DATED this 6 day of April, 2018.

WRIGHT, FINLAY & ZAK, LLP

_____
DANA JONATHON NITZ, ESQ.
Nevada Bar No. 0050
REGINA A. HABERMAS, ESQ.
Nevada Bar No. 8481
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of the law firm AKERMAN LLP, consent to substitution as counsel of record for plaintiff Federal Home Loan Mortgage Corporation in the place and stead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 5th day of April, 2018.

AKERMAN LLP

_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/13/2018

2

44829716;1