1 MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2 DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
3 **AKERMAN LLP**
1635 Village Center Circle, Suite 200
4 Las Vegas, NV 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
6 Email: donna.wittig@akerman.com

7 *Attorneys for Plaintiff Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MIRAGE PROPERTY, LLC; and GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1,<br><br>Defendants. | Case No.: 2:17-cv-01786-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENDING REPLY DEADLINE REGARDING MOTION FOR SUMMARY JUDGMENT [ECF NO. 29]**<br><br>**[FIRST REQUEST]** |

Plaintiff Federal Home Loan Mortgage Corporation (**Freddie Mac**), defendant Mirage Property, LLC (**Mirage**) and defendant Green Valley South Owners Association No. 1 (**Green Valley**), stipulate as follows:

Freddie Mac filed its motion for summary judgment on November 5, 2018. (ECF No. 29.) Mirage filed its opposition on November 19, 2018, though it was not due until November 26, 2018. (ECF No. 32.) Freddie Mac's reply deadline is December 3, 2018.

Freddie Mac's counsel requests additional time to reply to the arguments made in Mirage's opposition. The parties agree the time for Freddie Mac to file its reply to Mirage's opposition shall be extended to **December 10, 2018**, the original deadline Freddie Mac would have had had Mirage not filed its response early.

. . .

1

47071541;1

This request is made because Freddie Mac did not anticipate having to file its reply on December 3, 2018, due to Mirage's early-filed response to Freddie Mac's summary judgment motion. This stipulation is not made to cause delay or prejudice any party.

DATED December 4th, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **MORTENSON & RAFIE, LLP** |
| */s/ Donna M. Wittig* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Plaintiff Federal National Mortgage Corporation* | */s/ Peter B. Mortensen* <br> PETER B. MORTENSON, ESQ. <br> Nevada Bar No. 5725 <br> DARIUS F. RAFIE, ESQ. <br> Nevada Bar No. 6465 <br> RICHARD R.K. WALTJEN, ESQ. <br> Nevada Bar No. 13416 <br> 10781 W. Twain Avenue <br> Las Vegas, Nevada 89135 <br> *Attorneys for Defendant Mirage Property, LLC* |

**GORDON REES SCULLY MANSUKHANI LLP**

*/s/ Robert S. Larsen*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, III
Nevada Bar No. 10596
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendant Green Valley South Owners Association No. 1*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: December 4, 2018.

2

47071541;1